UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| United States of America | Plaintiff |
| v. | Criminal No. 5:98-CR-5-DCB |
| Leroy Mitchell | Defendant |
| and | |
| Cox Communications Louisiana | Garnishee |

## **ORDER OF CONTINUING GARNISHMENT**

THIS CAUSE is before the Court on a Motion for Order of Continuing Garnishment [#47] requesting Garnishee, Cox Communications Louisiana, to pay to Plaintiff from Defendant's earnings the sum of 25% of Defendant's monthly non-exempt net disposable earnings until the judgment owed to Plaintiff in the amount of $138,855.50, is paid in full or until Garnishee no longer has possession or control of wages belonging to Defendant. The Court has considered the Motion and finds that it is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and should be granted.

IT IS HEREBY ORDERED that Garnishee, Cox Communications Louisiana, pay to Plaintiff from Defendant's earnings the sum of 25% of Defendant's non-exempt net disposable earnings until the judgment owed to Plaintiff is paid in full or until Garnishee no longer has possession or control of wages belonging to Defendant or until further order of this Court.

All checks or money orders are to be made payable to the Clerk, U.S. District Court. Payments are to be mailed to the Clerk U.S. District Court, 501 E. Court Street, Suite 2.500,

Jackson, MS 39201, unless otherwise notified; and also should include the above-referenced Court Number on the payment.

The Clerk of the Court is directed to forward a copy of this Order to parties of record.

DATED: 9/20/17                                   s/David Bramlette
                                                 HONORABLE DAVID C. BRAMLETTE
                                                 UNITED STATES DISTRICT JUDGE